Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd. Suite 340,
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| KENNETH WATTIS DUNCAN, | Case No. 8:23-cv-01490 |
| Plaintiff, | Hon. David O |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |
| GLOBAL LENDING SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10, inclusive, | |
| Defendants. | Complaint Filed: **July 6, 2023** |

PLEASE TAKE NOTICE that Plaintiff Kenneth Wattis Duncan ("Plaintiff") and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement to settle all of Plaintiff's claims asserted in this action against Experian only.

///

///

The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time the parties shall file a Stipulation of Dismissal with prejudice of the claims asserted against Experian:

Dated: August 17, 2023             LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                              By:   /s/ Todd M. Friedman
                                    Todd M. Friedman
                                    Law Offices of Todd M. Friedman, P.C.
                                    Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

Filed electronically on August 17, 2023, with:

United States District Court CM/ECF system

Notification sent electronically on August 17, 2023, to:

To the Honorable Court, all parties and their Counsel of Record

/s/ Todd M. Friedman
Todd M. Friedman