Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd. Suite 340,
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WATTIS DUNCAN, | Case No. 8:23-cv-01490 |
| Plaintiff, | Hon. David O. Carter |
| vs. | **NOTICE OF SETTLEMENT AS TO DEFENDANT GLOBAL LENDING SERVICES LLC** |
| GLOBAL LENDING SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10, inclusive, | |
| Defendants. | Complaint Filed: **July 6, 2023** |

**PLEASE TAKE NOTICE** that Plaintiff Kenneth Wattis Duncan ("Plaintiff") and Defendant Global Lending Service LLC ("GLS") have reached an agreement to settle all of Plaintiff's claims asserted in this action against GLS. Plaintiff has settled with every Defendant in this matter. Plaintiff requests that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. This Court shall retain jurisdiction over this matter until fully resolved.

Dated: October 20, 2023            LAW OFFICES OF TODD M. FRIEDMAN, P.C.

                                        By:  /s/ Todd M. Friedman
                                              Todd M. Friedman
                                              Law Offices of Todd M. Friedman, P.C.
                                              Attorney for Plaintiff

# CERTIFICATE OF SERVICE

Filed electronically on October 20, 2023, with:

United States District Court CM/ECF system

Notification sent electronically on October 20, 2023, to:

To the Honorable Court, all parties and their Counsel of Record

/s/ Todd M. Friedman
Todd M. Friedman