Todd M. Friedman (SBN 216752)
Adrian R. Bacon (SBN 280332)
LAW OFFICES OF TODD M. FRIEDMAN, P.C.
21031 Ventura Blvd, Suite 340
Woodland Hills, CA 91364
Phone: 323-306-4234
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KENNETH WATTIS DUNCAN, | ) |
| | ) Case No. |
| | ) |
| Plaintiff, | ) |
| | ) 8:23-cv-01490 |
| vs. | ) |
| | ) **JOINT STIPULATION OF** |
| GLOBAL LENDING SERVICES LLC; | ) **DISMISSAL** |
| EXPERIAN INFORMATION | ) **WITH PREJUDICE** |
| SOLUTIONS, INC.; and DOES 1-10, | ) |
| inclusive, | ) |
| | ) |
| | ) |
| Defendants. | ) |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants by and through their undersigned counsels, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice in its entirety.  Each party shall bear their own costs and attorney fees.

///

Respectfully submitted this 14th Day of February, 2024,

Law Offices of Todd M. Friedman P.C

By: _s/ Adrian R. Bacon
Adrian R. Bacon ESQ.
Attorney for Plaintiff

YU | MOHANDESI LLP
By: /s/ Jordan S. Yu
Jordan S. Yu
Attorney for Defendant
Global Lending Services LLC

**Signature Certification**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: February 14, 2024

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: _s/ Adrian R. Bacon Esq.
Adrian R. Bacon
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

Filed electronically on February 14, 2024 with:

United States District Court CM/ECF system

Notification sent electronically on February 14, 2024 to:

To the Honorable Court, all parties and their Counsel of Record


s/ Adrian R. Bacon Esq
Adrian R. Bacon