# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH WATTIS DUNCAN, | Case No. 8:23-cv-01490 |
| Plaintiff, | **ORDER TO** |
| vs. | **DISMISS WITH PREJUDICE** [17] |
| GLOBAL LENDING SERVICES LLC; EXPERIAN INFORMATION SOLUTIONS, INC.; and DOES 1-10, inclusive, | |
| Defendants. | |

    IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties filed, this matter is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: February 16, 2024

_____
Honorable Judge of the District Court

Order to Dismiss - 1